IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

**Motion GRANTED**
**Reset for 2/19/2008 at 1:30 p.m.**

| | |
|---|---|
| **Gloria Lassiter,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Case No. 3:07-1169 |
| | ) |
| **Neurological Surgeons, P.C.** | ) |
| | ) |
| **Defendants.** | ) |

## UNOPPOSED MOTION TO APPEAR TELEPHONICALLY OR, ALTERNATIVELY, CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

**COMES NOW DEFENDANT, NEUROLOGICAL SURGEONS, P.C.**, through their respective undersigned counsel, and respectfully move this Honorable Court to allow counsel for the Defendant to appear at the initial case management conference set for February 22, 2008 at 2:00 p.m. to participate by telephone. Alternatively, Counsel requests a short continuance of the initial case management conference. Plaintiff's counsel has no objection to either alternative. In support thereof, Defendant states as follows:

1. The Notice of Setting of Initial Case Management Conference requires the attendance of lead counsel. Both counsel for Defendant, Robert E. Boston and Paula D. Walker are out of Nashville on this date.

2. Counsel is available to participate by telephone at the originally scheduled time.