# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GLORIA LASSITER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-1169 |
| ) | Judge Trauger |
| NEUROLOGICAL ) | |
| SURGEONS, P.C., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 12) is **GRANTED.** This case is dismissed.

It is so ordered.

Enter this 11th day of December 2008.

ALETA A. TRAUGER
United States District Judge